Stephen R. Smerek (SBN: 208343)
ssmerek@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone:    (213) 615-1700
Facsimile:    (213) 615-1750

Attorneys for Defendant
LOUIS VUITTON NORTH AMERICA, INC.

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA MOREY, an individual, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>LOUIS VUITTON NORTH AMERICA, INC., and DOES 1 through 50,<br><br>  Defendants. | Case No. '11CV1517 L   BLM<br><br>**DEFENDANT'S NOTICE OF REMOVAL**<br><br>Complaint Filed: May 20, 2011<br>Complaint Served: June 9, 2011 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1332(d), defendant Louis Vuitton North America, Inc. ("LVNA"), without waiving any defenses it may have, hereby removes this action to this Court from the Superior Court of the State of California for the County of San Diego on the grounds stated below.

## INTRODUCTION

1. On May 20, 2011, plaintiff Deanna Morey ("Plaintiff") commenced this putative class action as Case No. 37-2011-00091660-CU-PO-CTL in the Superior Court of the State of California for the County of San Diego by filing a complaint (the "Complaint") captioned *Deanna Morey, an individual, on behalf of herself and all others similarly situated vs. Louis Vuitton North America,*

1  *Inc.; and Does 1 through 50*.  The Complaint is signed by Plaintiff's attorney Gene J. Stonebarger.

2  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Complaint, and the docket in the state

3  court, are attached hereto as Exhibits 1 and 2, respectively.

4        2.  The Complaint purports to assert a single cause of action against LVNA for violations of

5  California Civil Code § 1747.08.  *See* Exh. 1, Cmpl. at ¶¶ 29-32.  The Complaint seeks to certify a

6  statewide class consisting of all persons in California from whom Defendant requested and recorded

7  personal identification information in conjunction with a credit card transaction and claims statutory

8  civil penalties, distribution of any moneys recovered on behalf of the class of similarly situated

9  consumers via fluid recovery or cy pres recovery, prejudgment interest at the legal rate, and

10  attorneys' fees and costs.  *See* Exh. 1, Cmpl. at ¶¶ 22, 29-32 and Prayer for Relief.  LVNA denies

11  that it engaged in any unlawful conduct or is liable to Plaintiff.

12        3.  Plaintiff is a resident of the State of California and thus a California citizen both now and

13  at the time the Complaint was filed.  *See* Exh. 1, Cmpl. at ¶ 7.  LVNA is a citizen of the State of

14  Delaware with its principal place of business in the State of New York.  *See* Exh. 2, Declaration of

15  Kathryn Kolanda ("Kolanda Decl.") at ¶ 2; *see also* Exh. 1, Cmpl. at ¶ 9.  LVNA is not a citizen of

16  the State of California, and does not have its principal place of business in the State of California.

17        4.  LVNA hereby removes this action to this Court, pursuant to 28 U.S.C. § 1441(a), based

18  on original jurisdiction under the Class Action Fairness Act ("CAFA") pursuant to 28 U.S.C. §

19  1332(d).  Venue in this judicial division is proper under 28 U.S.C. § 1441(a) because the action is

20  currently pending in the county embracing this division.

21  **REMOVAL JURISDICTION**

22        5.  This is a civil action over which this Court has original jurisdiction under 28 U.S.C.

23  § 1332(d) because: (a) it is a class action, (b) between a class of plaintiffs, a member of which is a

24  citizen of California, and the defendant is a citizen of a different state, and (c) the matter in

25  controversy exceeds the sum of $5,000,000, exclusive of interest and costs.

26        a.  Plaintiff filed the present civil action as a class action as that term is defined for

27  purposes of federal subject matter jurisdiction pursuant to 28 U.S.C. § 1332(d)(1)(B).

28

Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543

b. Plaintiff is a citizen of the State of California, and LVNA is a citizen of the State of Delaware and the State of New York. *See* Exh. 2, Kolanda Decl. at ¶ 2; *see also* Exh. 1, Cmpl. at ¶¶ 7, 9. Accordingly, there is minimal diversity of citizenship pursuant to 28 U.S.C. § 1332(d)(2)(A).

c. Plaintiff seeks civil penalties in the amount of up to one thousand dollars ($1,000) per alleged violation. *See* Exh. 1, Cmpl. at ¶¶ 27, 32. Claims brought under § 1747.08 must be filed within one year of the alleged violation. *See TJX Companies, Inc. v. Superior Court*, 163 Cal. App. 4th 80, 84-87 (2008). During the one year period prior to the filing date of May 20, 2012, LVNA retail locations in California processed substantially in excess of 5,000 credit card transactions. *See* Exh. 2, Kolanda Decl. at ¶ 3. Accordingly, the amount in controversy exceeds the jurisdictional sum or value of five million dollars ($5,000,000), exclusive of interest and costs, pursuant to 28 U.S.C. § 1332(d)(2).

6. Because this Court has original jurisdiction over the present civil action under 28 U.S.C. § 1332 as set forth above, removal is proper pursuant to 28 U.S.C. § 1441(a).

**TIMELINESS OF REMOVAL**

7. The Complaint was personally served on LVNA's agent for service of process on June 9, 2011. This Notice of Removal therefore is timely filed pursuant to 28 U.S.C. § 1446(b). *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347–48 (1999).

**CONCLUSION**

8. For the foregoing reasons, this case is properly and timely removed to this Court pursuant to 28 U.S.C. § 1441, and the parties should litigate this action in this Court. By removing this action, LVNA does not waive any defenses that may exist.

Dated: July 8, 2011                                WINSTON & STRAWN LLP


By: s/ Stephen R. Smerek
Attorneys for Defendant
E-mail: ssmerek@winston.com

LA:296650.2

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

'11CV1517 L    BLM

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Deanna Morey, an individual, on behalf of herself and all others similarly situated

### DEFENDANTS
Louis Vuitton North America, Inc., and Does 1 through 50

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stonebarger Law, 75 Iron Point Circle, Suite 145, Folsom, CA 95630

Attorneys (If Known)
Winston & Strawn LLP, 333 S. Grand Ave., Los Angeles, CA 90071

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / Habeas Corpus: |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | IMMIGRATION |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Sec. 1332(d)    28:1332 Diversity - Other Contract
Brief description of cause:
California's Song-Beverly Credit Card Act

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 7/8/2011
SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____