FILED

14 JAN 10  PM 2: 36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORN.

_cM_

DEPUT'

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA MOREY, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS VUITTON NORTH AMERICA, INC., and DOES 1 through 50,<br><br>Defendants. | Case No.: 3:11-cv-01517-WQH-BLM<br><br>**CLASS ACTION**<br><br>**JUDGMENT** |

**WHEREAS**, on August 15, 2013, the Court granted preliminary approval to the Parties' Settlement Agreement;

**WHEREAS**, on January 9, 2014, the Court granted final approval to the Parties' Settlement Agreement, finding that the settlement is fair, reasonable and adequate within the meaning of Rule 23(e) of the Federal Rules of Civil Procedure and applicable law; and

**WHEREAS**, the Settlement Class Members have released the Released Claims (as defined in the Settlement Agreement) against Defendant, as set forth in the Settlement Agreement and the Court's Order Granting Final Approval To Class Action Settlement ("Final Approval Order"); and

-1-

1    **WHEREAS**, the Final Approval Order dismissed with prejudice all of the

2    claims alleged against Defendant in this action.

3    **NOW, THEREFORE**, the Court hereby enters judgment in this case, pursuant

4    to Federal Rule of Procedure 58.

5

6    **IT IS SO ORDERED.**

7
     Dated: _____        _____

8                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28